IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**DALTON SKINNER, individually and on
behalf of all others similarly situated**                                      **PLAINTIFF**

     V.            CASE NO. SA 5-22-CV-00799-JKP

**HUNT MH SHARED SERVICES, LLC AND
HUNT MILITARY COMMUNITIES MGMT., INC.**                   **DEFENDANTS**

### JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CLASS CERTIFICATION, AND APPOINTMENT OF CLASS COUNSEL AND FOR AN ORDER SCHEDULING FAIRNESS HEARING AND DIRECTING NOTICE TO CLASS

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff and Defendant respectfully file this Joint Motion for Preliminary Approval of their Settlement, Class Certification, and Appointment of Class Counsel and for an Order Scheduling a Fairness Hearing and Directing Notice to the Class. For the reasons discussed in the parties' Brief in Support, the parties respectfully request that this Court enter an order:

    (a)    granting preliminary approval of the parties' settlement;

    (b)    certifying the class under Rule 23(b)(3);

    (c)    appointing Plaintiff's counsel as class counsel under Rule 23(g);

    (d)    scheduling a hearing on the fairness of the proposed settlement and setting a due date for objections;

    (e)    approving the proposed notice to class members and directing class counsel to mail the approved notice to class members within 14 days after the Court's order approving notice, or as soon as administratively practicable thereafter.

Respectfully submitted,

**Dalton Skinner, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

WH Law | We Help
1 Riverfront Pl. – Suite 745
North Little Rock, AR 72114
(501) 891-6000

By:   /s/ *Chris Burks*
Chris Burks (ABN: 2010207)
chris@wh.law

**HUNT MH SHARED SERVICES, LLC AND HUNT MILITARY COMMUNITIES MGMT., INC., DEFENDANTS**

Heather Murray Sager
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
HSager@perkinscoie.com

### CERTIFICATE OF SERVICE

I certify that I have served the forgoing document via email and the CM/ECF system to the following:

Lauren M. Kulpa
Perkins Coie LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
lkulpa@perkinscoie.com, dbenitez@perkinscoie.com, docketdal@perkinscoie.com, kluck@perkinscoie.com

Heather Murray Sager
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
HSager@perkinscoie.com

By:   /s/ *Chris Burks*
Chris Burks