IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**DALTON SKINNER, individually and on
behalf of all others similarly situated**                                      **PLAINTIFF**

      V.              CASE NO. SA 5-22-CV-00799-JKP

**HUNT MH SHARED SERVICES, LLC AND
HUNT MILITARY COMMUNITIES MGMT., INC.**                    **DEFENDANTS**

### NOTICE OF INTENT TO OPT-OUT OF PROPOSED CLASS ACTION SETTLEMENT

I hereby request to opt out and be excluded from the proposed Class Action Settlement submitted to the Court for approval in connection with the above matter ("Settlement"). I understand that by opting out of this Settlement, I will not be eligible to receive any payment as part of this Settlement, I will not waive or release any claims I may have, and I will not be bound by the terms of the Settlement Agreement. I am choosing to opt out of the Settlement voluntarily.

_____          _____
Signature                                                                          Date

_____
Printed Name

_____
Social Security Number

_____
Current Address

_____
Current Telephone Number