UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DALTON SKINNER, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED;

  *Plaintiff*,                                              Case No. SA-22-CV-00799-JKP

v.

HUNT MILITARY COMMUNITIES
MGMT LLC, HUNT MH SHARED
SERVICES, LLC, HUNT MILITARY
COMMUNITIES MGMT., INC.,

  *Defendants*.

## O R D E R

Before the Court is the parties' Joint Motion to Continue the Fairness Hearing. ECF No. 28. Having considered the same, the Court hereby **GRANTS** the motion to continue. The Court further **ORDERS** that the fairness hearing be continued to **June 22, 2023 at 10:00 a.m.**, in the United States District Courthouse at 262 West Nueva Street, San Antonio, Texas.

It is so ORDERED.
SIGNED this 23rd day of February, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE