UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**DALTON SKINNER, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED;**

  *Plaintiff*,

**v.**

**HUNT MILITARY COMMUNITIES
MGMT LLC, HUNT MH SHARED
SERVICES, LLC, HUNT MILITARY
COMMUNITIES MGMT., INC.,**

  *Defendants*.

Case No. SA-22-CV-00799-JKP

## O R D E R

This matter is before the Court *sua sponte*. Due to a scheduling conflict on the Court's calendar, the fairness hearing in this case must be continued. The Court, therefore, **ORDERS** that the fairness hearing is continued to **10:30 a.m. on Thursday, July 13, 2023**, in the United States District Courthouse at 262 West Nueva Street, San Antonio, Texas.

It is so ORDERED.
SIGNED this 11th day of May, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE