IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**DALTON SKINNER, individually and on**
**behalf of all others similarly situated**                                    **PLAINTIFF**

    V.            CASE NO. SA 5-22-CV-00799-JKP

**HUNT MH SHARED SERVICES, LLC AND**
**HUNT MILITARY COMMUNITIES MGMT., INC.**                    **DEFENDANTS**

## NOTICE OF EXCLUSION REQUESTS

COMES NOW, Plaintiff Dalton Skinner, individually and on behalf of all others similarly situated, by and through class counsel Chris Burks of WH Law, PLLC, and for his Notice of Exclusion Requests, states as follows:

1. This Court ordered that class counsel "file a notice containing the names of the individuals who have requested exclusion…no later than **seven days** after the deadline to request exclusion." (ECF No. 27 at 5)

2. The ILYM Group, Inc., appointed by this Court as settlement administrator, (ECF No. 27 at 5) has reported both to class counsel and counsel for Defendant that the following three individuals have requested exclusion:

    a.    Eugene Pearson;

    b.    Gerald Vigil; and

    c.    Patrick Holder.

Respectfully submitted,

**Dalton Skinner, Individually and on Behalf of**
**All Others Similarly Situated, PLAINTIFF**

WH Law | We Help
1 Riverfront Pl. – Suite 745
North Little Rock, AR 72114
(501) 891-6000

By:     */s/ Chris Burks*
         Chris Burks (ABN: 2010207)
         chris@wh.law

## CERTIFICATE OF SERVICE

I certify that I have served the forgoing document via email and the CM/ECF system to the following:

Lauren M. Kulpa
Perkins Coie LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
lkulpa@perkinscoie.com, dbenitez@perkinscoie.com,
docketdal@perkinscoie.com, kluck@perkinscoie.com

Heather Murray Sager
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
HSager@perkinscoie.com

By:     */s/ Chris Burks*
         Chris Burks