IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**DALTON SKINNER, individually and on
behalf of all others similarly situated**                                                        **PLAINTIFF**

V.                        CASE NO. SA 5-22-CV-00799-JKP

**HUNT MH SHARED SERVICES, LLC AND
HUNT MILITARY COMMUNITIES MGMT., INC.**              **DEFENDANTS**

## JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT

COMES NOW Plaintiff and Defendant and submit this Joint Motion for Final Approval of their Settlement ("Motion"). The Parties' Motion is brought pursuant to Rule 23 of the Federal Rules of Civil Procedure and seeks an order granting final approval of the Parties' settlement.

1. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff and Defendant respectfully file this Joint Motion for Final Approval of Settlement.

2. For the reasons discussed in the parties' Brief in Support of this Joint Motion, including but not limited to the settlement being preliminarily approved by the Court, the fairness of the settlement, and the proper notice being sent to all potential class members with no voiced objections, the parties respectfully request that this Court enter an order granting final approval of the parties' settlement.

3. The following Exhibits are incorporated herein by reference:

   a. Settlement Agreement, attached as Exhibit A;
   b. Declaration of Christopher Burks, attached as Exhibit B;
   c. Notice of Settlement, attached as Exhibit C;
   d. Opt-Out Notice, attached as Exhibit D;
   e. Class Data Sheet, attached as Exhibit E.
   f. Declaration of Class Action Administrator, attached as Exhibit F.

Respectfully submitted,

**Dalton Skinner, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

WH Law | We Help
1 Riverfront Pl. – Suite 745
North Little Rock, AR 72114
(501) 891-6000

By:   Chris Burks (ABN: 2010207)
chris@wh.law

**HUNT MH SHARED SERVICES, LLC AND HUNT MILITARY COMMUNITIES MGMT., INC., DEFENDANTS**

Heather Murray Sager
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
HSager@perkinscoie.com

## CERTIFICATE OF SERVICE

I certify that I have served the forgoing document via email and the CM/ECF system to the following:

Lauren M. Kulpa
Perkins Coie LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
lkulpa@perkinscoie.com, dbenitez@perkinscoie.com,
docketdal@perkinscoie.com, kluck@perkinscoie.com

Heather Murray Sager
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
HSager@perkinscoie.com

                                              By:    */s/ Chris Burks*
                                                       Chris Burks