UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**DALTON SKINNER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;**

*Plaintiff*

Case No. SA-22-CV-00799-JKP

v.

**HUNT MILITARY COMMUNITIES MGMT LLC, HUNT MH SHARED SERVICES, LLC, HUNT MILITARY COMMUNITIES MGMT., INC.,**

*Defendants*

## O R D E R

This matter is before the Court *sua sponte*. The Court previously granted the parties' request to continue the fairness hearing to **September 19, 2023 at 10 AM** in Courtroom B on the second floor of the San Antonio Courthouse. With this Order, the Court notifies the parties that they may participate in the fairness hearing by Zoom video conference.

Counsel who have not received the Zoom link within 24 hours of the scheduled hearing should contact Magda Muzza, the Courtroom Deputy. Ms. Muzza can be reached at (210) 244-5021 or Magda_Muzza@txwd.uscourts.gov. The hearing will be recorded by a Court Reporter. All those present must be announced and within view. Any recording of the proceeding by any means is prohibited.

It is so ORDERED.
SIGNED this 15th day of September, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE